**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES DAILEY,<br><br>        Petitioner,<br><br>        v.<br><br>KATHLEEN ALLISON, Acting Warden,<br><br>        Respondent. | ) NO. EDCV 08-1040 AG (SS)<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 30, 2010

                                /s/ Andrew J. Guilford<br>
                              ANDREW J. GUILFORD<br>
                              UNITED STATES DISTRICT JUDGE